IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEN HERRICK, and VERONICA HERRICK, | ) ) ) | |
| Plaintiffs, | ) ) | 4:09CV405 |
| v. | ) ) | |
| STATE FARM FIRE & CASUALTY COMPANY, | ) ) ) | MEMORANDUM AND ORDER |
| Defendant. | ) ) ) | |

William E. Gast has moved to withdraw as counsel of record for the defendant. Mr. Gast has filed a notice stating Rex Rezac of the Fraser, Stryker law firm will represent the defendant herein. Mr. Rezac has not filed an entry of appearance. The defendant, a corporation, cannot appear in this court pro se.

Accordingly,

IT IS ORDERED:

1) The motion to withdraw filed by William E. Gast, (filing no. 16), is granted upon the filing of an entry of appearance by defendant's new counsel.

2) Mr. Gast shall promptly forward a copy of this order to Rex Rezac of the Fraser, Stryker law firm.

DATED this 3rd day of March, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge