IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEN HERRICK, and VERONICA HERRICK, | ) ) ) | |
| Plaintiffs, | ) ) | 4:09CV405 |
| v. | ) ) ) | |
| STATE FARM FIRE & CASUALTY COMPANY, | ) ) ) | AMENDED PROGRESSION ORDER |
| Defendant. | ) ) | |

Counsel for both parties have filed a Joint Motion to Amend the Progression Order, Filing 26. The joint motion is granted and the progression order will be amended as follows:

a.  The deadline for disclosure of experts and, unless otherwise agreed, the deadline for the provision of expert reports is September 16, 2010

b.  The discovery and deposition deadline is November 16, 2010. Motions to compel discovery must be filed at least 15 days prior to the discovery and deposition deadline.

c.  The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is November 30, 2010.

d.  The pretrial conference and trial remain scheduled for January 4, 2011 and January 17, 2011, respectively. **The parties are advised, however, that if an opposed dispositive motion or a *Daubert* motion is filed after September 30, 2010, the pretrial conference and trial may be continued on the court's own motion.**

August 31, 2010.            BY THE COURT:

                            s/ *Cheryl R. Zwart*
                            United States Magistrate Judge