IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEN HERRICK, and VERONICA HERRICK, | ) ) ) | |
| Plaintiffs, | ) ) | 4:09CV405 |
| v. | ) ) ) | MEMORANDUM AND ORDER |
| STATE FARM FIRE & CASUALTY COMPANY, | ) ) ) | |
| Defendant. | ) | |

After conferring with the parties, the joint motion to continue (filing no. 31), is granted and the progression order will be amended as follows:

a. The discovery and deposition deadline is extended to January 31, 2011. Motions to compel discovery must be filed at least 15 days prior to the discovery and deposition deadline.

b. The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is February 15, 2011.

c. A jury trial is set to commence on June 27, 2011. No more than three days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

d. The pretrial conference will be held before the undersigned magistrate judge on May 24, 2011 at 10:00 a.m. One hour is allocated to this conference. Counsel shall email a draft pretrial conference order to zwart@ned.uscourts.gov, in either MS Word or WordPerfect format, by 5:00 p.m. on May 23, 2011, and the draft order shall conform to the requirements of the local rules.

November 12, 2010.        BY THE COURT:

                          *s/ Cheryl R. Zwart*
                          United States Magistrate Judge