IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEN HERRICK, and VERONICA HERRICK, | ) ) ) | |
| Plaintiffs, | ) ) | 4:09CV405 |
| v. | ) ) | |
| | ) | AMENDED PROGRESSION ORDER |
| STATE FARM FIRE & CASUALTY COMPANY, | ) ) ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The parties' amended motion to amend the progression order, (filing no. 35), is granted, and the progression order (filing no. 33) is amended as follows:

   a. The discovery and deposition deadline is extended to March 10, 2011. Motions to compel discovery must be filed at least 15 days prior to the discovery and deposition deadline.

   b. The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is March 25, 2011.

   c. The pretrial conference and trial dates remain the same.

2) The parties' joint motion to continue the trial and deadlines within the progression order, (filing no. 34), is denied as moot.

DATED this 9th day of February, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge