IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEN HERRICK, and VERONICA HERRICK, | ) ) ) | |
| Plaintiffs, | ) ) | 4:09CV00405 |
| V. | ) ) | |
| STATE FARM FIRE & CASUALTY COMPANY, | ) ) ) ) | ORDER |
| Defendant. | ) | |

The parties participated in a status conference with the undersigned regarding the plaintiffs' motion to continue summary judgment response deadline, (filing no. 40). Based on the representations of the parties, the motion is granted and the progression schedule will be modified accordingly.

IT IS ORDERED:

1) The plaintiffs' motion to continue the summary judgment response deadline, (filing no. 40) is granted. The plaintiffs' response to the defendant's motion for summary judgment shall be filed on or before May 2, 2011. The defendant's reply brief shall be filed on or before May 9, 2011.

2) The Pretrial Conference scheduled before the undersigned magistrate judge on August 18, 2011 at 11:00 a.m. will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on August 17, 2011. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3) A jury trial is set to commence on August 29, 2011. No more than four days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

April 15, 2011                                BY THE COURT:

                                             *S/ Cheryl R. Zwart*
                                             United States Magistrate Judge