IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEN HERRICK and VERONICA HERRICK, | ) ) ) | 4:09CV405 |
| Plaintiffs, | ) ) | |
| | ) | **JUDGMENT** |
| v. | ) ) | |
| STATE FARM FIRE & CASUALTY COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

    Pursuant to the parties' stipulation for dismissal (filing 55) and Fed. R. Civ. P. 41, the above-captioned case is dismissed with prejudice, each party to pay their own costs and attorney fees.

    DATED this 7th day of September, 2011.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge